UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

ROSCOE, LLC andCase No.: 12-15391-RBR
BIMA II, LLCCase No.: 12-15393-RBR

Chapter 7
Debtors.Jointly Administered Under
_____ /Case No. 12-15391-RBR

KENNETH A. WELT,
CHAPTER 7 TRUSTEE,

Plaintiff,
v.Adv. Pro. No. 14-1119-BKC-RBR

REEVES LAW FIRM, P.C.,

Defendant.
_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Kenneth A. Welt, Chapter 7 Trustee, and Plaintiff in the above-styled adversary (the "Trustee"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby voluntary dismisses this adversary proceeding with prejudice, with each party to bear its own fees and costs.

Respectfully Submitted this 14th day of May, 2014.

GENOVESE JOBLOVE & BATTISTA, P.A.
Attorney for Trustee
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By: /s/ Michael L. Schuster
Michael L. Schuster, Esq.
Florida Bar No. 57119